FILED: July 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1571
(1:07-cv-00634)

_____

MULVEY CONSTRUCTION, INCORPORATED; ONE BEACON INSURANCE COMPANY,

       Plaintiffs – Appellants,

and

DCI/SHIRES, INCORPORATED,

       Intervenor/Plaintiff,

   v.

BITUMINOUS CASUALTY CORPORATION; BROWN & BROWN INSURANCE AGENCY OF VIRGINIA, INCORPORATED,

       Defendants – Appellees.

_____

O R D E R

_____

Upon consideration of submissions relative to the motions for leave to file separate brief and to exceed the length limitation for the response brief, the court denies the motion for leave to file separate brief and grants the motion to exceed the

length limitation for the response brief.  The response brief shall not exceed 15,400 words.

                                  For the Court--By Direction

                                  <u>/s/ Patricia S. Connor, Clerk</u>